Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VIRGINIA VILLA and RAFAEL VILLA,<br><br>                                              Plaintiffs,<br><br>-against-<br><br>100 CHURCH, LLC, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, CUNNINGHAM DUCT CLEANING CO., INC., EMPIRE STATE PROPERTIES, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HUDSON TOWERS HOUSING CO., INC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING P.C., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, SOUTHBRIDGE TOWERS, INC., TRC ENGINEERS, INC., and ZAR REALTY MANAGEMENT CORP.,<br><br>                                              Defendants. | Case No.:<br>06-CV-15118 (AKH)<br><br><br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.** |

---

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      September 10, 2007

                                    Yours etc.,

                                    **HARRIS BEACH PLLC**

                                    Brian A. Bender, Esq. (BAB-0218)
                                    HARRIS BEACH PLLC
                                    *Attorney for Defendant*
                                    ***LEFRAK ORGANIZATION, INC.***
                                    100 Wall Street, 23rd Floor
                                    New York, New York 10005
                                    (212) 687-0100

245279.1

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VIRGINIA VILLA and RAFAEL VILLA,<br><br>                                    Plaintiffs,<br><br>-against-<br><br>100 CHURCH, LLC, AMBIENT GROUP, ET AL.,<br><br>                                    Defendants. | Case No.:<br>06-CV-15118 (AKH) |

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.**

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100