Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
IN RE WORLD TRADE CENTER LOWER          : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                             :
-------------------------------------------------------------X
VIRGINIA VILLA (AND HUSBAND, RAFAEL     : 06-CV-15118-AKH
VILLA),                                                      :
                                                             :
                                  Plaintiffs,  : NOTICE OF ADOPTION
                                                             : OF ANSWER
       - against -                                           : TO MASTER COMPLAINT
                                                             :
100 CHURCH, LLC, *et al.*,                                   :
                                                             :
                                  Defendants.  :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH). To the extent that the Check-Off Complaint in this action alleges a relationship between 100 Church Street and Merrill Lynch, Merrill Lynch avers that it never reoccupied the

DOCSNY-267220v01

building at this location after September 11, 2001 and that it terminated all lease arrangements covering this location effective May 8, 2003.

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 14, 2007

DICKSTEIN SHAPIRO LLP

/s/ Judith R. Cohen_____
By:  Robert J. Higgins (RH-6477)
      Judith R. Cohen (JC-8614)
      Kenneth H. Frenchman (KF-3635)
      1177 Avenue of the Americas
      New York, New York 10036
      Phone: (212) 277-6500
      Fax: (212) 277-6501
      *Attorneys for Defendant*
      MERRILL LYNCH & CO., INC.