Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendants*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA VILLA and RAFAEL VILLA,

Case No.:
06-CV-15118 (AKH)

Plaintiffs,

-against-

100 CHURCH, LLC, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, CUNNINGHAM DUCT CLEANING CO., INC., EMPIRE STATE PROPERTIES, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HUDSON TOWERS HOUSING CO., INC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., LAW ENGINEERING P.C., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, SOUTHBRIDGE TOWERS, INC., TRC ENGINEERS, INC., and ZAR REALTY MANAGEMENT CORP.,

**CERTIFICATE OF SERVICE**

Defendants.

The undersigned certifies that on September 10, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Appearance;

2. Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.; and

3. Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing Co., Inc.

Dated: September 10, 2007

_____
Brian A. Bender

246016.1