UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                               :
---------------------------------------------------------------X
VIRGINIA VILLA (AND HUSBAND, RAFAEL     :    06-CV-15118-AKH
VILLA),                                                        :
                                                               :
                              Plaintiff,     :    **APPEARANCE**
                                                               :
      - against -                                       :
                                                               :
100 CHURCH, LLC, *et al.*,                   :    **ELECTRONICALLY FILED**
                                                               :
                              Defendants.     :
---------------------------------------------------------------X


To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York              DICKSTEIN SHAPIRO LLP
       October 3, 2007

                              By:     ___/s/ Judith R. Cohen___
                                     Judith R. Cohen (JC-8614)
                                     1177 Avenue of the Americas
                                     New York, New York 10036
                                     Phone: (212) 277-6500
                                     Fax: (212) 277-6501
                                     *Attorney for Defendant*
                                     MERRILL LYNCH & CO., INC.