John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                       :
MANHATTAN DISASTER SITE LITIGATION
--------------------------------------------------------------- x   Civil Action No.: 06CV15118
VIRGINIA VILLA and RAFAEL VILLA,

                     Plaintiff(s),         :      **NOTICE OF BATTERY PARK
                               :       CITY AUTHORITY's
    -against-                    ADOPTION OF ANSWER TO
                               :      <u>MASTER COMPLAINT</u>**

100 CHURCH, LLC. ET AL.,         :

               Defendant(s).    :
--------------------------------------------------------------- x

     PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan

Disaster site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 26, 2007

1700972.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
      & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00342

By:     _____
        John M. Flannery (JMF-0229)