Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: Southbridge Towers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

                                                      21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)      FEDERAL CIVIL
                                                      RULE 7.1 DISCLOSURE
                                                      STATEMENT

07CV4449
07CV4467
07CV1466
06CV15118

IN WHICH SOUTHBRIDGE
TOWERS, INC. IS A DEFENDANT
-----------------------------------------------------------------X

SIRS:

      Defendant, Southbridge Towers, Inc. by their attorney, Frank A. Scanga, Esq, is a privately held company. No publicly held corporation owns 10 percent or more of its stock.

Dated: New York, New York
       October 3, 2007

                                      FRANK A. SCANGA, ESQ.
                                      Attorney for Defendants,
                                      Southbridge Towers, Inc.
                                      477 Madison Avenue
                                      21st Floor
                                      New York, New York 10022

(212) 758-4040

By: _____
Frank A. Scanga (FS 1460)