UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102(AKH)
THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION            NOTICE OF
                                            APPEARANCE
-----------------------------------------------------------------X

    To the Clerk of the Court and all parties of record:

    Enter appearance of the undersigned as counsel in this case for defendant, Southbridge Towers, Inc..

    The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       October 3, 2007

                        FRANK A. SCANGA, ESQ.
                        Attorney for Defendants,
                        Southbridge Towers, Inc.
                        477 Madison Avenue
                        21st Floor
                        New York, New York 10022
                        (212) 758-4040

          By: _____
                Frank A. Scanga (FS 1460)