UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

_____

VIRGINIA VILLA AND RAFAEL VILLA,                      06-CV-15118 (AKH)


                     Plaintiffs,

        -against-


100 CHURCH, LLC, ET. AL.,

                     Defendants.

_____

### NOTICE OF APPEARANCE

Please enter the appearance of John J. Henry, Esq., of the law firm of Whiteman

Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned

actions.


Dated:  Albany, New York
        October 29, 2007            WHITEMAN OSTERMAN & HANNA LLP

                                    BY: _____
                                        John J. Henry (JH-A137)
                                        Attorneys for Defendant
                                        TRC Engineers, Inc.
                                        One Commerce Plaza
                                        Albany, New York  12260
                                        (518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 29th day of October, 2007, via ECF upon the ECF participants.

_Carrie L. Lalyer_
Carrie L. Lalyer